**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**PHILIPA QUITO,**

                     **Plaintiff,**                     **ORDER**

          **-against-**                     **14-CV-5392 (RLM)**

**AMB MEDICAL SERVICES, P.C., et al.,**

                    **Defendants.**
------------------------------------------------------------x

      Judge Vera Scanlon has graciously volunteered to conduct the settlement conference in

this consent case.  Within the time period requested by the parties, Judge Scanlon currently has

time available on the mornings of February 18 and March 6, 2015.  Counsel are directed to

confer and to contact her chambers this week (718-613-2300) to confirm their preferred time

slot.  Judge Scanlon requires that clients with full settlement decisionmaking authority attend

the conference in person.

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
            **February 5, 2015**

                           /s/ *Roanne L. Mann*
                           **ROANNE L. MANN**
                           **UNITED STATES MAGISTRATE JUDGE**