**Record of Conference and Orders: Vera M. Scanlon, USMJ**          Date: 3 /31/2015

Case: _Quato v AMB._          Civ. A. _14_ - _5392_

**ECF Recording in 504N:**     ☑ Telephone Conference     ☑ In-person Conference

10:08 – 10:12
12:11 – 12:15          OTB: 2hr 15 min

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**     π / D rep.

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference
Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record     _____

☐ Rule 26(a) disclosures, incl. supplements     _____

☐ Document requests to be served     _____

☐ Interrogatories to be served     _____

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed

  ☐ Complaint ☐ Answer  *of dismissal*  ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter to be filed  *Stipulation*     4/17/15

☐ Status conference     Date: _____ Time: _____

  ☐ In person ☐ Telephone (718) 613-2300     To be organized by: _____

☐ Specific depositions to be held     _____

☐ Fact discovery closes     _____

☐ Expert disclosures to be served     _____

☐ Initial expert report(s) to be served     _____

☐ Rebuttal expert report(s) to be served     _____

☐ Expert discovery closes     _____

☐ All discovery closes     _____

☐ Joint letter confirming discovery is concluded     _____

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed     _____

☐ Consent to Magistrate Judge to be filed     _____

☐ Settlement Conference     Date: _____ Time: _____

The parties settled for a fair and reasonable amount.          Page _1_ of _1_